**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Emmanuel UZUEGBUNAM,
Defendant—Appellant.**

No. 08–8511.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 24, 2009.

Robert·James Wagner, Assistant Federal Public Defender, Richmond, Virginia, for Appellant. Richard Daniel Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Uzuegbunam appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Uzuegbunam's motion for appointment of counsel and affirm for the reasons stated by the district court. *United States v. Uzuegbunam,* No. 3:96–cr–00043–REP–1 (E.D.Va. Nov. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*